DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ANTONIO CRUZ-GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>                 Plaintiff, <br> v. <br> ANTONIO CRUZ-GARCIA, <br>                 Defendant. | NO. 1:09-cr-0016 LJO <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE; [PROPOSED] ORDER <br><br> Date: June 5, 2009 <br> Time: 9:00 a.m. <br> Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for May 15, 2009, **may be continued to June 5, 2009 at 9:00 A.M.**

This continuance is at the request of counsel for defendant to permit plea negotiations between the parties and investigation. This continuance will conserve time and resources for both parties and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of

1 | justice, including but not limited to, the need for the period of time set forth herein for effective defense
2 | preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

3                                                             LAWRENCE BROWN
                                                              United States Attorney
4

5 | DATED: May 14, 2009                              By:    /s/ Ian Garriques
                                                              IAN GARRIQUES
6                                                             Assistant United States Attorney
                                                              Attorney for Plaintiff
7

8                                                             DANIEL J. BRODERICK
                                                              Federal Defender
9

10 | DATED: May 14, 2009                             By:    /s/ Ann H. Voris
                                                              ANN H. VORIS
11                                                            Assistant Federal Defender
                                                              Attorney for Defendant
12                                                            Anotnio Cruz-Garcia

## **O R D E R**

**The Court is concerned that the reason the negotiations have not taken place between the last status conference and now is not stated. Counsel is requested to include the reasons in the future, since it's a part of the determination of whether or not there is good cause to allow the continuance. The instant request is granted.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   May 14, 2009**                         /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE